IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **11-cv-1808-AP**

**KATRINA M. HAYES,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act, (doc. #20), filed May 23, 2012, is **GRANTED**.  In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees and expenses in the amount of **$3,176.50**.

Dated at Denver, Colorado, this 24th day of May, 2012.

                                                 BY THE COURT:

                                                 *S/John L. Kane*
                                                 JOHN L. KANE, SENIOR JUDGE
                                                 UNITED STATES DISTRICT COURT